# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America v. Juan Angel CASTRO-Castro DOB: XX/XX/1979; Citizen of Mexico; A#: 076 704 116 | DOCKET NO. <br><br> MAGISTRATE'S CASE NO. **18-00031MJ** |
| Complaint for violation of Title 18 | United States Code § 1546(a) and 1028(a)(4) |

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE <br> UNITED STATES MAGISTRATE JUDGE | LOCATION <br> TUCSON, ARIZONA |
|---|---|---|

| DATE OF OFFENSE ON OR ABOUT <br> January 8, 2018 | PLACE OF OFFENSE AT OR NEAR <br> Douglas, Arizona | ADDRESS OF ACCUSED (if known) <br> San Miguel De Allende, Nuevo Ideal, Durango, Mexico |
|---|---|---|

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1:** From a time unknown to on or about January 8, 2018 at or near Douglas, in the District of Arizona, **Juan Angel CASTRO-Castro**, did knowingly and intentionally attempt to use counterfeit Non-Immigrant Visa in the name of Julion Sosa Martinez, which the defendant knew to be unlawfully obtained in that the counterfeit Non-Immigrant Visa, was not lawfully issued to the defendant and the defendant presented the document to Customs and Border Protection officials at the Douglas Port of Entry in Douglas, Arizona as proof that he had lawful authority to legally enter into the United States from Mexico in violation of Title 18, United States Code, Section §1546(a).

**COUNT 2:** From a time unknown to on or about January 8, 2018, at or near Douglas, in the District of Arizona, the defendant, **Juan Angel CASTRO-Castro** an alien, did knowingly possess an identification document, that is a counterfeit Non-Immigrant Visa, in the name of Julion Sosa Martinez, which was one that was not lawfully issued to the defendant for the defendant's own personal use, with the intent that such document be used to defraud the United States, that is to gain unlawful entry into the United States, in violation of Title 18, United States Code, Section §1028(a)(4).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about January 8, 2018, at or near Douglas, in the District of Arizona, the defendant, **Juan Angel CASTRO-Castro**, an alien, did intentionally attempt to enter the United States by willful and misleading representation in that he presented a counterfeit Non-Immigrant visa. **Juan Angel CASTRO-Castro** presented the counterfeit document to United States Customs and Border Protection Officers at the Douglas Port of Entry as proof that he had legal authority to enter into the United States with the intent that such document or feature be used to defraud the United States. **Juan Angel CASTRO-Castro** is a citizen of Mexico with no legal authority to enter into the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED <br> Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. <br><br> Authorized by AUSA CMN | SIGNATURE OF COMPLAINANT (official title) <br> Claudia Torres <br> OFFICIAL TITLE <br> CBPO/E |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE | DATE <br> January 9, 2018 |

1) See Federal rules of Criminal Procedure Rules 3 and 54